IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                      Plaintiff,

  v.                                                                    OPINION and ORDER

CIRCUIT COURT FOR DANE COUNTY                        18-cv-954-jdp
and STEPHEN E. EHLKE,

                      Defendants.

---

Plaintiff James Edward Grant, appearing pro se, has filed a document he styles as a "motion for writ of certiorari," in which I take him to be asking for an order forcing a Dane County Circuit Court judge to rule on a motion for postconviction relief he filed regarding a series of 2012 Wisconsin criminal cases.

Under the terms of sanctions issued by this court, Grant generally remains barred from proceeding with new cases until he pays off the large debt he owes for filing fees for the cases and appeals he previously filed. The only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. *See Grant v. Gill*, No. 15-cv-420-jdp, 2016 WL 80676 (W.D. Wis. Jan. 7, 2016). This new filing does not fall under either category. In particular, it is not a petition for writ of habeas corpus because Grant is not directly challenging his conviction or sentence. Rather, he wants me to direct a state-court judge to issue a ruling, something this court could not do regardless of the filing bar Grant faces. Therefore, I will dismiss this case.

ORDER

IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment for defendants and close this case.

Entered November 26, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge