IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

    Plaintiff,

v.

CIRCUIT COURT FOR DANE COUNTY
and STEPHEN E. EHLKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-954-jdp

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendants dismissing this case.

| /s/ | 11/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |